IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN CIRILLO,<br>　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of the*<br>*Social Security Administration*,<br>　　　Defendant. | CIVIL ACTION NO. 12-4048 |

**ORDER**

AND NOW, this 17th day of July, 2013, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful and independent review of the Report and Recommendation of Jacob P. Hart, United States Magistrate Judge, it is hereby **ORDERED** as follows:

1. The Report and Recommendation be **APPROVED** and **ADOPTED**;

2. The Plaintiff's Request for Review be **GRANTED IN PART** and **DENIED IN PART**; and

3. The matter shall be remanded for further discussion and development of the effect of claimant's obesity upon her ability to sit.

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, C.J.